FILED

03/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0411

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0411

STATE OF MONTANA,

       Plaintiff and Appellee,

v.

RYAN SCOTT BROADBROOKS,

       Defendant and Appellant,

## ORDER

Upon consideration of Appellant's motion to voluntarily dismiss his appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 31 2022